## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | |
| | ) | |
| **MICHAEL S. SCHULTZ** | ) | **CHAPTER 13 CASE NO. 11-B-30725** |
| **DIANE C. SCHULTZ** | ) | |
|       Debtors | ) | **JUDGE: JOHN H. SQUIRES** |
| _____ | ) | |
| | ) | |
| **MICHAEL S. SCHULTZ** | ) | **ADV. PROC. NO._____** |
| **DIANE C. SCHULTZ** | ) | |
|       **Plaintiffs,** | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| **CITIMORTGAGE, INC.** | ) | |
| | ) | |
| | ) | |
|       **Defendants** | ) | |

### COMPLAINT TO DETERMINE SECURED STATUS
### PURSUANT TO 11 U.S.C. § 506

NOW COMES Michael S. Schultz and Diane C. Schultz Debtor in the above-captioned bankruptcy, by his undersigned counsel, and files this complaint to determine secured status pursuant to 11 U.S.C. § 506, and states as follows:

1. The Debtor filed a petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code on July 27, 2011.

2. Defendant Bank is a lending institution having mailing addresses of: Ms. Randee Hedrick; Vice President; Citimortgage; 6400 Las Calinas Boulevard; Irving, TX 75039.

3. Defendant Bank has not filed a proof of claim.

### Background

4. The Debtor owned an improved parcel of residential real estate located at 1175 Redfield Road; Naperville, Illinois 60563 which has a legal description as follows:

Legal Description to Follow

Permanent Index Number: Unknown

5.  The Real Property is the debtor's principal residence.

6.  The Debtor is indebted to certain creditors holding mortgage liens against the real property as follows:

| Creditor | Date Lien was Established | Amount Owing |
|---|---|---|
| a.  Bank of America, N.A. | October 5, 2006 | $367,591.00 |
| b.  Citimortgage, Inc. | October 5, 2006 | $122,873.00 |

7.  Upon information and belief, the mortgage lien having a recording date of October 5, 2006 ("Mortgage A") was given in connection with a note dated October 5, 2006, having an original principal balance in the amount of $320,000.00  Upon information and belief, this note is held by Bank of America, N.A.

8.  Upon information and belief, the mortgage lien having an unknown recording date of October 5, 2006 and after Mortgage A ("Mortgage B") was given in connection with the note dated October 5, 2006, having an original principal balance in the amount of $100,000.00 Upon information and belief, this note is held by Citimortgage, Inc.

9.  Pursuant to a valuation made by David C. Nelson, Attorney at Law in reviewing comparable properties on the online value service of Zillow.com; the appraised fair market value of the Real Property is only $350,000.

## Determination of Secured Status

10. Bankruptcy Code § 506(a) provides that:

> An allowed claim of a creditor secured by a lien on property in which the estate has an interest…is a secured claim to the extent of the value of such creditor's interest in the estate's interest in such property…and is an unsecured claim to the extent that the value of such creditor's interest…is less than the amount of such allowed claim.

11 U.S.C. § 506(a).

11. Consistent with Bankruptcy Code § 506(a) and the decision of the Third Circuit Court of Appeals in the case of *In re McDonald*, 205 F.3d 606 (3rd Cir. 2000), because Mortgage B is wholly unsecured relative to the Real Property, Bank is not in any respect a holder of a claim secured by the Debtor's residence and, as such, holds only an unsecured claim as to each of these mortgage claims.  *See McDonald* at p. 612.

12. As to Mortgage A, because Bank's security interest is in a home used as the primary residence of debtor, the anti-modification clause applies and this mortgage may not be modified in any way.

      WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order (i) granting judgment in Debtor's favor; (ii) finding Mortgage B is wholly unsecured; and (iii) directing that the referenced lien in Mortgage B be stripped from the Real Property in accordance with the findings herein.

Dated this 30th day of September, 2011.

/s/
_____
David C. Nelson
Law Offices of David C. Nelson, Ltd.
Attorney for the Debtor
IL ARDC #6276706
53 W. Jackson Blvd. #1028; Chicago, IL 60604-3648
T: 312-212-1977